UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | CV 18-01272 DDP (FFMx) | Date April 27, 2018 |
| Title | BERNARD WILLIAMS -V- RODERICK PEIGNE PHILLIPS et al | |

Present: The Honorable     DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Patricia Gomez | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

NO APPEARANCE     NO APPEARANCE

Proceedings:

MINUTE ORDER (IN CHAMBERS)
ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

Plaintiff(s) is ordered to show cause in writing no later than May 18, 2018 why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

- Answer by the defendant(s) or plaintiff's request for entry of default.

In accordance with the Federal Rules of Civil Procedure and Local Rules, no oral argument on this Order to Show Cause will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

| | : | N / A |
|---|---|---|
| | Initials of Preparer | PG |