JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Bernard Williams**, | Case 2:18-CV-01272-DDP-FFM |
| Plaintiff, | Judgment Re: Default Judgment |
| v. | |
| **Roderick Peigne Phillips**, in individual and representative capacity as trustee of the Dallas Grant Family Trust; **Peigne Foods II, Inc.**, a California Corporation; and Does 1-10, | |
| Defendants. | |

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Bernard Williams shall have JUDGMENT in his favor in the amount of $8,705.00 against defendants Roderick Peigne Phillips and Peigne Foods II, Inc.

Additionally, defendants Roderick Peigne Phillips and Peigne Foods II, Inc., are ordered to provide accessible path of travel, accessible outdoor dining tables, accessible transaction counter, and accessible restroom at the property located at or about 1958 W. Florence Ave., Los Angeles, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: __8-27-18__  By:_____
United States District Judge

*Presented by*:
Dennis Price, Esq.
858-375-7385
dennisp@potterhandy.com
Attorney for Plaintiff